UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                      Proceeding Date: December 19, 2018

JUDGE JEROME B. SIMANDLE

Court Reporter: Lisa Marcus

Title of Case:                                      Docket: Civil 13-6830(JBS/AMD)
PRATT
    Vs
CITY OF CAMDEN, ET AL

Appearances:
Gregg Zeff, Esq. for plaintiff
Melvin Wright, Jr. for plaintiff
Anthony Ogozalek, Esq. for plaintiff
Daniel Ryback, Esq. for deft. City of Camden
Marvin Freeman, Esq. for State Police

Nature of Proceedings:    SETTLEMENT CONFERENCE
Settlement placed on the record
Case Settled
Ordered 60 day order to be entered

Time Commenced: 10:00 am   Time Adjourned: 12:45   Total Time: 2 hr 45 Minutes

                                                s/ Marnie Maccariella
                                                DEPUTY CLERK

Cc: Chambers